In the Matter of the Arbitration between UNITED CULINARY BAR AND GRILL EMPLOYEES, LOCAL 923, C.I.O., Respondent, and ARTHUR SCHIFFMAN, Doing Business as MARITIME RESTAURANT, Appellant.

Submitted March 1, 1949; decided April 14, 1949.

*Harry Rosenblatt* and *Harry Aarons* for appellant.

*Mordecai Dancis* and *Hiram G. Shields* for respondent.

So much of the appeal as has to do with the award to employee Reyes dismissed as nonfinal, and the balance of the order affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.